IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARNER SHOCKLEY,
    Plaintiff,

vs.                                                              Case No. 3:04cv128/RV/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
Defendant,
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 13, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

      Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

      **DONE AND ORDERED** this 20th day of July, 2005.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **UNITED STATES SENIOR JUDGE**